## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ARROW HOLDINGS, LLC,[1] | ) | Case No. 19-12730 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| EMS MANAGEMENT, LLC, | ) | Case No. 19-12732 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| EMS PLANE, INC., | ) | Case No. 19-12733 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| MODERN MATERIAL SERVICES, LLC, | ) | Case No. 19-12731 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them

---

[1] The Debtors in the above captioned chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Arrow Holdings, LLC (4631); EMS Management, LLC (2709); Modern Material Services, LLC (8472); and EMS Plane, Inc. (N/A). The Debtors' address is 2605 Nicholson Road, Suite 5200, Sewickley, PA 15143.

1.  The Debtors prepared these unaudited Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  Except where otherwise noted the information provided herein is presented as of the beginning of business on December 19, 2019.

2.  While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3.  In reviewing and signing the Schedules and SOFAs, Dennis DeBassio, the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of other employees, personnel and professionals of the Debtors.  The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.  The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

5.  Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them.  The Debtors reserve all of their rights with respect to any such credits and allowances.

6.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

7. At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

8. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

9. The Debtors completed multiple sales of their businesses and assets prior to the chapter 7 filing. Certain of these asset purchase agreements contained provisions whereby amounts were paid by the purchaser to Citizens Bank.  Such transactions are not reported on the Schedules and SOFAs.

10. With respect to Schedule A/B, questions 6-7, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis do not constitute an interest of the Debtors in property and are thus not listed in response to Schedule B, questions 6-7.  These payments are listed in response to SOFA question 11.

11. With respect to Schedule A/B, question 72, the Debtors are not currently owed any tax refunds. The Debtors are uncertain whether they retain any net operating losses for preceding tax years.

12. With respect to Schedule E/F, part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of December 19, 2019.  The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred.

13. With respect to Schedule E/F, part 2, the addresses for certain creditors were not available in the Debtors' books and records.  Such addresses have been omitted.

14. For purposes of Schedule H, the Debtors have not listed their past insurers or current insurers as co-debtors because the Debtors are unaware of any actual present liability on the part of these parties. The Debtors reserve their rights to assert that any of the various foregoing parties (or any other party not listed on Schedule H whom the Debtors later discover to be liable in whole or part for any obligation of the Debtors) is a co-debtor with the Debtors, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any rights of the Debtors to assert that any entity not listed in response to Schedule H is a co-debtor with respect to one or more of the Debtors' obligations.

15. With respect to SOFA question 14, the Debtors are uncertain as to certain of the dates of occupancy, and such dates have been omitted.

16. With respect to SOFA questions 26(b) through 26(d), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing those officers who supervised them, as well as the Debtors' external accounting and audit firms.

17. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Fill in this information to identify the case:**

Debtor name    **Modern Material Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    19-12731

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................   $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................   $    990,813.27

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................   $    990,813.27

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    4,456,854.13

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    5,621,741.98

4.   **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b    $    10,078,596.11

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Modern Material Services, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Checking** | **3315** | **$213,187.84** |
| 3.2. | **Citizens Bank** | **Payroll** | **2199** | **$2,494.68** |
| 3.3. | **Citizens Bank** | **Savings** | **7933** | **$0.00** |
| 3.4. | **Citi Bank** | **Escrow** | **5958** | **$100,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$315,682.52**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Modern Material Services, LLC**                    Case number *(If known)* _____
           Name

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

    7.1.   **Security Deposit - held by J.G.D. Partnership and South Avis Realty**                    **$177,873.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

    8.1.   **Prepaid Expense - First Insurance Funding**                    **$49,910.00**

    8.2.   **Prepaid Expense - AFCO**                    **$185,698.00**

    8.3.   **Prepaid Expense - Henderson Brothers**                    **$3,648.00**

    8.4.   **Prepaid FSA**                    **$2,500.00**

    8.5.   **Prepaid UHC**                    **$80,000.00**

9.    **Total of Part 2.**                    **$499,629.00**

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **35,368.80**  -  **35,368.80**  = ....    **$0.00**
                      face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    **3,251,911.50**  -  **3,251,911.50**  = ....    **$0.00**
                      face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**                    **$0.00**

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

Debtor    **Modern Material Services, LLC**                                    Case number *(If known)* _____
          Name

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Modern Material Services, LLC**                                    Case number *(If known)* _____
              Name

| 73. | Interests in insurance policies or annuities | | |
| --- | --- | --- | --- |
| | **Initial capital contributed to Raffles Insurance Captive Insurance Plan** | | **$31,000.00** |

| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | | |
| --- | --- | --- | --- |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | | |
| | **Hi-Crush - AR dispute** | | **$144,501.75** |
| | Nature of claim | | |
| | Amount requested | **$144,501.75** | |

| 76. | Trusts, equitable or future interests in property | | |
| --- | --- | --- | --- |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | | |

| 78. | **Total of Part 11.** | | |
| --- | --- | --- | --- |
| | Add lines 71 through 77. Copy the total to line 90. | | **$175,501.75** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Modern Material Services, LLC**                                    Case number *(If known)*
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $315,682.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $499,629.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $175,501.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $990,813.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $990,813.27 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Modern Material Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Citizens Bank**
Creditor's Name

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| **All Assets** | $4,456,854.13 | $0.00 |

**524 William Penn Place**
**Pittsburgh, PA 15219**
Creditor's mailing address

Describe the lien
**First priority perfected lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,456,854.13

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name    **Modern Material Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**5 O'Clock Coffee Co**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes | **$316.08** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Accounting Principals**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes | **$357.15** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Advanced Micro Instruments Inc.**<br>**225 Paularino Ave**<br>**Costa Mesa, CA 92626**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes | **$585.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Advanced Technology Innovation**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset?   ☒ No   ☐ Yes | **$6,750.00** |

| Debtor | Modern Material Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Advent Health Centra Care**
26 Westhall Lane
Box 3
Maitland, FL 32751

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$22.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Airgas USA LLC**
PO Box 734672
Dallas, TX 75373

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$2,599.84**

---

**3.7** | Nonpriority creditor's name and mailing address
**Ajilon**
Dept CH 1431
Palatine, IL

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$1,669.68**

---

**3.8** | Nonpriority creditor's name and mailing address
**Alfa Laval Inc.**
PO Box 281
Pittsburgh, PA 15251

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$810.93**

---

**3.9** | Nonpriority creditor's name and mailing address
**Allied Electrical & Control System**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$975.05**

---

**3.10** | Nonpriority creditor's name and mailing address
**Alpha Analytical, Inc.**
145 Flanders Road
Westborough, MA

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$203.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Alsup Auto Parts**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$4,835.20**

---

| Debtor | **Modern Material Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**American Infrastructure MLP Man** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$81,367.19** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Amspec LLC**<br>**1249 South River Road**<br>**Suite 24**<br>**Cranbury, NJ** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,884.87** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**AON Risk Services** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,951.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Aqua Clear Water** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Arrakis Energy Marketing LLC**<br>**52 Sugar Creek Center Boulevard**<br>**Suite 275**<br>**Sugar Land, TX 77478** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$525.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 519**<br>**Carol Stream, IL** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,419.50** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Baron Filtration Company Inc.**<br>**PO Box 329**<br>**Claysville, PA 15323** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,969.84** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Vendor - Open invoice in AP_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Modern Material Services, LLC**                                          Case number (if known) _____
          _____
          Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |

**Basic Systems, Inc.**
Dept 781529
PO Box 78
Detroit, MI 48278

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,417.41 |

**Bastrop Scale Co. Inc.**
PO Drawer 21
**Bastrop, TX**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.96 |

**Battles Communication**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $604.96 |

**BDI**
PO Box 6128
Cleveland, OH 44194

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.22 |

**Bearden Industrial**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,655.16 |

**Bert Adams Disposal Inc.**
Box 549
Chenango Bridge, NY 13745

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,313.84 |

**Big's Trucking Inc.**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor **Modern Material Services, LLC**
_____
Name                                                        Case number (if known) _____

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.84 |

**Binghamton Agway**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.20 |

**Blake & Pendleton Inc.**
**Dept 671**
**PO Box 851**
**Orlando, FL 32885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.33 |

**Bossier City Utilities**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,188.73 |

**Brandon Center Hotel**
**111 Horace Ave.**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.21 |

**Brechbuhler Scales, Inc.**
**1424 Scale Street SW**
**Canton, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |

**Business Health Plus, Inc.**
**4755 Hwy 31 E**
**Clarksville, IN 47129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |

**C&C Medical Group Inc.**
**1384 Battlefield Pkwy**
**Fort Oglethorpe, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Modern Material Services, LLC**                                    Case number (if known) _____
          Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,388.00 |
|---|---|---|---|

**C&W Meter Service Inc.**
**6 Pacific Drive**
**Suite 2**
**Quakertown, PA 18951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.92 |
|---|---|---|---|

**Canon Solutions**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,287.10 |
|---|---|---|---|

**CapCorp**
**PO Box 54747**
**Dallas, TX 75354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,984.27 |
|---|---|---|---|

**CDW Direct**
**PO Box 75723**
**Chicago, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.93 |
|---|---|---|---|

**Certified Laboratories**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.80 |
|---|---|---|---|

**Chattanooga Gas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,651.34 |
|---|---|---|---|

**Chrisman Oil Company**
**524 North State Rt 25**
**Dexter, MO 63841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor    **Modern Material Services, LLC**
Name

Case number (if known)

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.50 |
|---|---|---|---|

**City of Elmendorf Water System**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.70 |
|---|---|---|---|

**City of Richland**
**PO Box 1869**
**Richland, MS 39218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.41 |
|---|---|---|---|

**Clarion Inn**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,699.41 |
|---|---|---|---|

**Clean Harbors Env. Services**
**PO Box 3442**
**Boston, MA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $567.50 |
|---|---|---|---|

**Cohen & Grisby PC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,666.65 |
|---|---|---|---|

**Comairco Equipment Inc.**
**325 Union Road**
**Buffalo, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Combi**
**PO Box 636467**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Modern Material Services, LLC**                                    Case number (if known) _____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.69 |

**Comcast Cable**
PO Box 35
Southeastern, PA 19398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,387.05 |

**Consolidated Communications**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,256.88 |

**Construction Trailer Specialists**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,629.47 |

**Corporate Lodging Consultants**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.08 |

**Cortez Liquid Waste Services Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,707.82 |

**CPS Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.50 |

**Creenan & Baczkowski**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Modern Material Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Crown Energy Services Inc.** | As of the petition filing date, the claim is: Check all that apply. | $17,380.05 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**CSX Transportation Inc.** | As of the petition filing date, the claim is: Check all that apply. | $12,925.00 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Culligan of Clarksburg** | As of the petition filing date, the claim is: Check all that apply. | $62.25 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Culligan of Endicott** | As of the petition filing date, the claim is: Check all that apply. | $351.40 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Culligan of Parkersburg** | As of the petition filing date, the claim is: Check all that apply. | $478.80 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Culligan of Pittsburgh** | As of the petition filing date, the claim is: Check all that apply. | $57.02 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Culligan Water Products** | As of the petition filing date, the claim is: Check all that apply. | $122.66 |
|---|---|---|---|

| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Vendor - Open invoice in AP__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Modern Material Services, LLC**                                    Case number (if known) _____
              Name

| 3.61 | Nonpriority creditor's name and mailing address<br>**Dalton Trailer**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$118.71** |
|---|---|---|
| 3.62 | Nonpriority creditor's name and mailing address<br>**Dalton Utilities**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$950.65** |
| 3.63 | Nonpriority creditor's name and mailing address<br>**DXP Enterprises Inc.**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$21,012.29** |
| 3.64 | Nonpriority creditor's name and mailing address<br>**Ean Services LLC**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,702.28** |
| 3.65 | Nonpriority creditor's name and mailing address<br>**EcoLab Pest Elimination Divison**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,072.35** |
| 3.66 | Nonpriority creditor's name and mailing address<br>**Electric Power Board**<br>PO Box 182254<br>Chattanooga, TN 37422<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,340.26** |
| 3.67 | Nonpriority creditor's name and mailing address<br>**Equipment & Controls Inc.**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor - Open invoice in AP__<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$41,242.57** |

Debtor    **Modern Material Services, LLC**                              Case number (if known) _____
          Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,903.89 |

**ERB Equipment Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.11 |

**ESI Supply**
**PO Box 18759**
**Richland, MS 39218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.20 |

**Ewald Kubota**
**26 Business Hwy 181 N**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,325.00 |

**Examinetics**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,122.32 |

**Expense Reports**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,703.97 |

**Fabick Bros Equipment Co**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.89 |

**Fabick Cat**
**PO Box 2594**
**Madison, WI 53725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor  **Modern Material Services, LLC**
Name

Case number (if known)

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $923.39 |

**Fastenal Company**
PO Box 1286
Winona, MN 55987

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.48 |

**FedEx**
Dept CH
PO Box 136
Palatine, IL

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.32 |

**Five Star Food Service**
PO Box 733261
Dallas, TX 75373

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,033.61 |

**Flare Industries**
1631 Bratton Lane
Building 3, Suite 35
Austin, TX 78728

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.09 |

**Foxie's Coffee Service**
PO Box 8663
Chamblee, GA

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,077.98 |

**Franklin Equipment LLC**
PO Box 2214
Decatur, AL

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,378.82 |

**G.T. Michelli Co., Inc.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor - Open invoice in AP__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  [ ] Yes

---

Debtor    **Modern Material Services, LLC**    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | $105.37 |

**Nonpriority creditor's name and mailing address**
**Genuine Parts Company Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$105.37**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.83 | **Nonpriority creditor's name and mailing address**
**GIS Engineering LLC**
**PO Box 95549**
**Grapevine, TX**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$6,350.40**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.84 | **Nonpriority creditor's name and mailing address**
**Gosemo LLC**
**PO Box 52**
**Sikeston, MO 63801**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$6.75**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.85 | **Nonpriority creditor's name and mailing address**
**GP&S Enterprises**
**PO Box 59**
**Parkerburg, VA**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$130.02**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.86 | **Nonpriority creditor's name and mailing address**
**Grainger**
**Dept 878484815**
**Palatine, IL**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$889.83**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.87 | **Nonpriority creditor's name and mailing address**
**Green Side Up Landscaping, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$1,415.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.88 | **Nonpriority creditor's name and mailing address**
**Hahn Oil Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$2,370.45**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Modern Material Services, LLC**                                        Case number (if known) _____
          Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484.23 |
|---|---|---|---|

**Hampton Inn - Parkersburg**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Healthcare One Urgent Care**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,666.50 |
|---|---|---|---|

**Henderson Brothers Inc.**
**92 Ft Duquesne Blvd**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.76 |
|---|---|---|---|

**Hire Right Solutions**
**PO Box 847891**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.43 |
|---|---|---|---|

**Hose of South Texas Inc.**
**PO Box 9576**
**Corpus Christi, TX 78469-9576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.00 |
|---|---|---|---|

**HSE Consulting Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.30 |
|---|---|---|---|

**Hydrayne, LLC**
**155 FAA Boulevard**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor    **Modern Material Services, LLC**
Name

Case number *(if known)*

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,649.00 |
|---|---|---|---|

**Hydro**
PO Box 3573
Carol Stream, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,100.00 |
|---|---|---|---|

**Intellitrans**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Intercoastal Inland Services LLC**
PO BOx 615
Schertz, TX 78154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,975.00 |
|---|---|---|---|

**IVS Hydro, Inc.**
PO Box 245
Waverly, WV 26184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213,850.00 |
|---|---|---|---|

**J.G.D. Partnership**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☐ No  ☒ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,973.88 |
|---|---|---|---|

**Jat Oil Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,663.85 |
|---|---|---|---|

**Jefcoat Fence Co Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Modern Material Services, LLC**

Name

Case number (if known)

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Kanawha Scales & Systems, Inc.**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$4,331.19** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Kenco Material Handling Solution**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$4,039.84** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Kimble Recycling & Disposal Inc.**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$2,854.93** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**Komatsu Financial Limited Partner**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$40,683.42** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Kopac Enterprises LLC**<br>**PO Box 2**<br>**Freedome, PA**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$707.02** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**Kubota Credit Corp USA**<br>**PO Box 559**<br>**Carol Stream, IL**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,495.16** |
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Liquid Meter Services**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor - Open invoice in AP**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$2,312.50** |

Debtor    **Modern Material Services, LLC**
_____    Case number (if known) _____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.40 |

**LittleJohn Inc.**
PO Box 5177
**Spartanburg, SC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.00 |

**Littler Medelson P.C.**
PO Box 27137
**Dallas, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,263.77 |

**Lyle Machinery**
PO Box 2387
**Jackson, MS 39225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.47 |

**Maverick Glass**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,303.16 |

**McBride Mack Sales**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.22 |

**Medcor, Inc.**
PO BOx 7557
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**MedExpress Urgent Care, PC Penn**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Modern Material Services, LLC**
_____    Case number _(if known)_    _____
Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$40.00** |

**Medscreens Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$183.60** |

**Mike's Auto Care LLC**
**239 Slater Road**
**Greene, NY 13778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$304.17** |

**Miller Communications**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$71.81** |

**Mimeo.com Inc.**
**PO Box 65418**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,814.91** |

**Mirabito Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,002.18** |

**Mobile Saftey and Consultation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$209.28** |

**Mollenberg-Betz Inc.**
**3 Scott Street**
**Buffalo, NY 00000-1424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Modern Material Services, LLC**                                    Case number *(if known)* _____
          _____
          Name

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,258.61 |

**Napa Auto Parts - Alamo**
**PO Box 84833**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,628,094.18 |

**Norfolk Southern**
**Mail Code 5629**
**PO Box 7129**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $546.09 |

**O'Reilly Auto Parts**
**PO Box 9464**
**Springlield, MO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.50 |

**OCC Health Center- SW RI Remit**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $778.50 |

**OCC Health Ctr of SW-GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Occupational Medicine Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,959.00 |

**Odyssey Management Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Modern Material Services, LLC**
Name

Case number (if known) _____

---

| 3.131 | **Nonpriority creditor's name and mailing address** | | | **$1,782.50** |
| | **Odyssey Software** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | | | **$10,386.52** |
| | **ORR Safety Corporation** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | | | **$320.00** |
| | **Pete Tanner's Solid Waste** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | | | **$1,836.99** |
| | **Petrolab LLC** | | | |
| | **PO Box 951834** | | | |
| | **Dallas, TX 75395** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | | | **$62,568.27** |
| | **Pioneer Pipe Inc.** | | | |
| | **221 Hanna Road** | | | |
| | **Marietta, OH** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | | | **$1,606.67** |
| | **Pioneer Rubber and Gasket** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | | | **$110.76** |
| | **Pitts' Fire Extinguisher Inc.** | | | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Modern Material Services, LLC**
_____          Case number (if known) _____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.92 |

3.138   Nonpriority creditor's name and mailing address
**Polar Servie Centers**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$346.92

---

3.139   Nonpriority creditor's name and mailing address
**Port-A Jon Inc.**
**PO Box 618**
**Shreveport, LA 71136**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$273.55

---

3.140   Nonpriority creditor's name and mailing address
**Powerplan**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$10,624.96

---

3.141   Nonpriority creditor's name and mailing address
**PPL Electric Utilities**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$84.64

---

3.142   Nonpriority creditor's name and mailing address
**Pure Water Partners**
**Dept Ch 19648**
**Palatine, IL**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$351.70

---

3.143   Nonpriority creditor's name and mailing address
**Quench**
**PO Box 85**
**Philadelphia, PA 19178**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$4,261.32

---

3.144   Nonpriority creditor's name and mailing address
**Quill Corporation**
**PO Box 376**
**Philadelphia, PA 19116**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

$395.58

---

Debtor    **Modern Material Services, LLC**
Name                                                                Case number (if known) _____

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |

**R.A. Schaeffer Co., Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,440.91 |

**Rail Barge Truck Services Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966,130.73 |

**Rail Logix Alamo Junction LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,345.12 |

**Republic Services #975**
**PO Box 9199**
**Louisville, KY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |

**Rescar Companies**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**Resource Management Associate**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.60 |

**Ritz Safety**
**PO Box 713129**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Modern Material Services, LLC**
　　　　　Name

Case number (if known) _____

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548.96 |
|---|---|---|---|

**Riverside Chemical Company**
PO Box 197
N Towanda, NY

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,876.00 |
|---|---|---|---|

**RJW Construction Inc.**
1384 Arbuckle Creek Rd.
Leon, WV 25123

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.80 |
|---|---|---|---|

**RL Miller LLC**
PO Box 8
Dept. 318
Buffalo, NY 14267

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.72 |
|---|---|---|---|

**Ron's Porta Johns Inc.**
346 Indian Run Road
Marietta, OH

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,945.79 |
|---|---|---|---|

**Safety Kleen Systems Inc.**
PO Box 38266
Pittsburgh, PA 15258

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $619.92 |
|---|---|---|---|

**Scale Systems**
PO Box 116733
Atlanta, GA

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,307.00 |
|---|---|---|---|

**Sen Technologies**
PO Box 19526
Boise, ID 83719

Date(s) debt was incurred ____
Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Modern Material Services, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.30 |
|---|---|---|---|

**Shelly Materials**
PO Box 781246
Detroit, MI 48078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.82 |
|---|---|---|---|

**Shred-It**
28883 Network Place
Chicago, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.73 |
|---|---|---|---|

**Slucher Farm & Home**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.31 |
|---|---|---|---|

**Smokey Mountain Water**
PO Box 449
Athens, TN 37371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,653.08 |
|---|---|---|---|

**South Avis Realty**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☐ No  ☒ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,345.00 |
|---|---|---|---|

**Specialized Transport Service Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

**Spectrum Business**
PO Box 7872
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Modern Material Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address
**Staples Advantage**
**Dept ROC**
**PO Box 415256**
**Boston, MA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$24,420.89

---

**3.167** | Nonpriority creditor's name and mailing address
**Stocker Concrete**
**PO Box 176**
**Gnadenhutten, OH 44629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$3,441.23

---

**3.168** | Nonpriority creditor's name and mailing address
**Suburban Septic & Excavating Ser**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$162.00

---

**3.169** | Nonpriority creditor's name and mailing address
**Suddenlink**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$2,574.00

---

**3.170** | Nonpriority creditor's name and mailing address
**Sun Coast Resources Inc.**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$12,387.32

---

**3.171** | Nonpriority creditor's name and mailing address
**Sunbelt Rentals, Inc.**
**181 Union Road**
**Buffalo, NY 14224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$2,382.01

---

**3.172** | Nonpriority creditor's name and mailing address
**SVS Selective Vending Services**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No ☐ Yes

$331.18

---

Debtor    **Modern Material Services, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **$817.65** |

**Tell Communications Inc.**
6477 Street East
Palmetto, FL 34221

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **$2,224.32** |

**Terminal Supply**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | **$62.30** |

**Terry County Tractor, Inc.**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | **$2,000.00** |

**Texas Dept of Agriculture**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | **$29,034.09** |

**The Standard**
59 O Street
Lincoln, NE

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | **$210.68** |

**The Stanley Proctor**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | **$3,967.22** |

**Total Safety US Inc.**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Modern Material Services, LLC**
Name                                           Case number (if known)

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,837.11 |

**Trinity Consultants**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.46 |

**Trinity Parts & Components, LLC**
PO Box 732666
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,876.00 |

**TruGreen**
PO Box 9133
Louisville, KY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.78 |

**Tyden Brooks**
1636 Collection Ctr Dr.
Chicago, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.88 |

**Uline**
PO Box 88741
Chicago, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,619.76 |

**Unifirst Corporation**
PO BOx 65481
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,926.93 |

**United Rentals**
PO Box 1711
Atlanta, GA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor    **Modern Material Services, LLC**                                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.187 | Nonpriority creditor's name and mailing address | **$245.00** |

**Velocity Care**
**PO Box 15673**
**Loves Park, IL 61132**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.188 | Nonpriority creditor's name and mailing address | **$526.77** |

**Volos Auto Supply Inc.**
**383 State Street**
**Binghamton, NY**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.189 | Nonpriority creditor's name and mailing address | **$1,898.27** |

**VSP Technologies**
**PO Box 7938**
**Baltimore, MD 21279**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.190 | Nonpriority creditor's name and mailing address | **$735.87** |

**W.B. Mason**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.191 | Nonpriority creditor's name and mailing address | **$355.03** |

**Waste Management - MS**
**c/o Jackson MS Hauling**
**PO Box 9154**
**Louisevill, KY**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.192 | Nonpriority creditor's name and mailing address | **$131.96** |

**Waste Services**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.193 | Nonpriority creditor's name and mailing address | **$195.04** |

**Waste Services**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor - Open invoice in AP

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Modern Material Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460.38** |
|---|---|---|---|

**Watermen Inc.**
**PO Box 1111**
**Buford, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,336.63** |
|---|---|---|---|

**Waukesha-Pearce**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,475.05** |
|---|---|---|---|

**Wells Fargo Equipment Finance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.55** |
|---|---|---|---|

**Whitco Supply**
**2 N. Morgan Avenue**
**Broussard, LA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,745.63** |
|---|---|---|---|

**Williams Scotsman Inc.**
**PO Box 91975**
**Chicago, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,039.23** |
|---|---|---|---|

**Wintrow Construction Corp**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
|---|---|---|---|

**Workfit Medical**
**116 Chili Avenue**
**Suite 2**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Open invoice in AP**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Modern Material Services, LLC**                                         Case number (if known) _____
_____
Name

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.48 |

**Wright's Water**
**PO Box 67**
**1 West Street**
**Newcomerstown, OH 43832**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,039.86 |

**Yard Truck Specialists Inc.**
**PO Box 421**
**151 Ford Road**
**Bensalem, PA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor - Open invoice in AP__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,621,741.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,621,741.98 |

**Fill in this information to identify the case:**

Debtor name   **Modern Material Services, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF DELAWARE**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease** |
| State the term remaining | **December 2020** |
| List the contract number of any government contract | **J.G.D. Partnership** <br> **2609 Nicholson Road** <br> **Sewickley, PA 15143** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Insurance Contract** |
| State the term remaining | **September 2021** |
| List the contract number of any government contract | **Raffles Insurance, Inc.** <br> **PO Box 10027** <br> **Grand Cayman** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease** |
| State the term remaining | **May 2020** |
| List the contract number of any government contract | **South Avis Realty Inc.** <br> **70 Maryland Avenue** <br> **Jersey Shore, PA 17740** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Modern Material Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Arrow Holdings, LLC** | **2605 Nicholson Road Suite 5200 Sewickley, PA 15143** | **Citizens Bank** | ☒ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **EMS Management, LLC** | **2605 Nicholson Road Suite 5200 Sewickley, PA 15143** | **Citizens Bank** | ☒ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **EMS Plane, Inc.** | **2605 Nicholson Road Suite 5200 Sewickley, PA 15143** | **Citizens Bank** | ☒ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Modern Material Services, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/20/19          X /s/ Dennis DeBassio
                               Signature of individual signing on behalf of debtor

                               Dennis DeBassio
                               Printed name

                               Treasurer
                               Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy